UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY J. ROSS a/k/a MARY JUANITA ROSS a/k/a MARY ROSS, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:09-CV-1340-G (BF) |
| DAVID LANDERS, | ) ) | **ECF** |
| Defendant. | ) ) | |

### ORDER

After making the review required by 28 U.S..C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

October 15, 2009.

_____
**A. JOE FISH**
**Senior United States District Judge**